UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 01-6047-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PHILIP ULRICH,

    Defendant.

_____/



FILED by _____ D.C.
SEP 19 2008
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER AND REPORT AND RECOMMENDATION

The Defendant, PHILIP ULRICH, appeared before the Court on September 17, 2008, represented by Milton Hirsch. The Defendant was originally convicted in February 2002, of conspiracy to import MDMA or Ecstasy into the United States, in violation of 21 U.S.C. §§963 and 960(B)(3). After serving the prison portion of his sentence, the Defendant was put on supervised release for a term of 3 years. The conditions of Defendant's supervised release were modified on November 14, 2007 and January 30, 2008.

The Defendant is now charged with violating supervised release by failing to refrain from violation of the law. The Supervised Violation Petition alleges that on May 19, 2008, in Dade County, Florida, the Defendant committed the offense of battery, in violation of Florida Statute 784.03. Attorney Hirsch informed the Court that the Defendant was "found guilty" of the offense of battery, as alleged in the Supervised Violation Petition. Attorney Hirsch states that the State court withheld adjudication. Mr. Hirsch informed the Court that the Defendant continues to maintain his innocence.

The Court RECOMMENDS that the District Court find the Defendant guilty of violating supervised release. It is further RECOMMENDED that the matter be set down for sentencing before the District Court.

The Clerk is hereby ORDERED to set this matter before the sentencing calendar of United States District Judge Daniel T. K. Hurley.

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable United States District Judge Daniel T. K. Hurley, within ten (10) days after being served with a copy. See 28 U.S.C. § 636(b)(1)(C). Failure to file timely objections may limit the scope of appellate review of factual findings contained herein. See United States v. Warren, 687 F.2d 347, 348 (11th Cir. 1982) cert. denied, 460 U.S. 1087 (1983).

DONE and ORDERED and DONE and SUBMITTED in Chambers at West Palm Beach in the Southern District of Florida, this 17 day of September 2008.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE

Copies to:
U.S. District Judge Daniel T. K. Hurley
AUSA Shaniek Maynard
Milton Hirsch, Esq.
U.S. Probation Officer Albin Calixte
U.S. Marshal